# Court of Appeals
# of the State of Georgia

ATLANTA,___March 11, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1065.  ERIC SHEPHERD v. THE STATE.**

In 2000, Eric Shepherd pled guilty to several offenses, including child molestation.  He was sentenced to 30 years, with 8 years to serve in confinement.  In April 2013, the trial court revoked three years of his probation based on a finding that he had committed a new felony offense and committed a technical violation of his probation conditions.  Shepherd filed a "motion to reconsider," which the court denied.  He then filed this direct appeal.  We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Shepherd's probation, he was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 03/11/2014
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
              *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*